UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 4:15-CR-45-1-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER TO SEAL |
| v. | ) | GOVERNMENT'S PROPOSED |
| | ) | SEALED MOTION |
| | ) | |
| MAURICE MALIK SPENCER | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry No. 27 be sealed.

This the ___ day of October, 2015.

TERRENCE W. BOYLE
United States District Judge