UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 4:15-CR-45-1-BO

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| MAURICE MALIK SPENCER | ) |

Upon motion of the United States, it is hereby ORDERED that the sealed Order at Docket Entry No. 31 may be distributed as necessary to effectuate the Order.

This the __19__ day of October, 2015.

TERRENCE W. BOYLE
United States District Judge