IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:15-CR-00045-M

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MAURICE MALIK SPENCER,

      Defendant.

ORDER

This matter comes before the court on Defendant's pro se Motion to Defer [DE 106]. Defendant challenges and, alternatively, seeks to defer payment towards the restitution judgment entered by United States District Judge Terrance W. Boyle. *Id.* For the following reasons, the motion is denied.

On December 9, 2015, Defendant pled guilty to using the internet to promote prostitution, in violation of 18 U.S.C. § 1952(a)(3), and transporting an individual in interstate commerce to engage in prostitution, in violation of 18 U.S.C. § 2421. *See* DE 39. Pursuant to a written plea agreement, Defendant agreed to forfeit all assets specified in the indictment and waived "any further notice" concerning the same. DE 40. The indictment sought forfeiture of $25,000.00 in United States currency and indicated that if such funds could not be located upon the exercise of due diligence, the United States could seek a forfeiture judgment for "substitute property" pursuant to 28 U.S.C. § 2461(c). DE 1 at 5–6. On March 18, 2016, Judge Boyle entered a forfeiture judgment against Defendant in the amount of $25,000.00. *See* DE 47.

Defendant believes he should not have to pay this amount because (1) he did not attend a forfeiture hearing and (2) Judge Boyle only ordered that Defendant had to pay a $200.00 special

assessment. DE 106. That is incorrect twice over. In his plea agreement, Defendant "waive[d] any further notice" regarding forfeiture, so it does not matter that there was not a forfeiture hearing, and on March 18, 2016, Judge Boyle entered an order and judgment requiring that Defendant pay $25,000.00 for property forfeitable by Defendant but not in his possession. DE 47 at 2. Defendant is, therefore, subject to a forfeiture judgment. Moreover, the court declines to defer payment towards this judgment.

For these reasons, Defendant's motion [DE 106] is DENIED.

SO ORDERED this __23__ day of April, 2026.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE